No. 01–1116. IN RE RODRIGUEZ; and
No. 01–8019. IN RE CAMPITELLI. Petitions for writs of mandamus denied.

No. 01–8661. IN RE BONTKOWSKI. Petition for writ of mandamus denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 01–8703. IN RE ENGLE. Petition for writ of mandamus and/or prohibition denied.

No. 01–963. NORFOLK & WESTERN RAILWAY CO. *v.* AYERS ET AL. Cir. Ct. Kanawha County, W. Va. Certiorari granted.

No. 01–1127. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA *v.* ANDRADE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, and case set for oral argument in tandem with No. 01–6978, *Ewing* v. *California,* immediately *infra.*

No. 01–6978. EWING *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, and case set for oral argument in tandem with No. 01–1127, *Lockyer, Attorney General of California* v. *Andrade,* immediately *supra.*

No. 00–8686. MCGEE ET AL. *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 00–10683. MOUNTJOY *v.* CUNNINGHAM, WARDEN. C. A. 1st Cir. Certiorari denied.